JAMES M. WAGSTAFFE (95535)
MICHAEL VON LOEWENFELDT (178665)
**KERR & WAGSTAFFE LLP**
100 Spear St., Suite 1800
San Francisco, CA 94105-1528
Tel: (415) 371-8500
Fax: (415) 371-0500

LAWRENCE C. YEE (84208)
HEATHER A. IRWIN (203203)
**OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639
Tel: (415) 538-2000
Fax: (415) 538-2321

Attorneys for Defendants
LAWRENCE J. DAL CERRO; RUSSELL WEINER;
ALLEN BLUMENTHAL; and ROBERT HAWLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN KONIG,<br><br>        Plaintiff,<br><br>   v.<br><br>LAWRENCE J. DAL CERRO; RUSSELL WEINER; ALLEN BLUMENTHAL; and ROBERT HAWLEY,<br><br>        Defendants. | Case No. C 04-02210 MJJ<br><br>**DECLARATION OF DONALD STEEDMAN IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S DUE PROCESS CLAIM**<br><br>DATE: February 8, 2005<br>TIME: 9:30 a.m.<br>DEPT: 11<br><br>Hon. Martin J. Jenkins |

I, Donald Steedman, hereby declare:

1. I have been employed by the State Bar of California ("the State Bar") since 1985. My current title is Senior Trial Counsel. In the course of the performance of my job at the State Bar, I have obtained personal knowledge concerning the facts stated herein and, if called as a witness, could and would competently testify to them under oath.

2. On November 14, 2003, I met with Alan Konig and provided him with comments and changes to a draft Notice of Disciplinary Charges ("NDC") in the *Mendez* matter. Attached hereto as Exhibit A is a true and correct an email I sent to Jeff Dal Cerro on November 14, 2003, advising him of the outcome of my discussion with Mr. Konig.

3. On November 17, 2003, Mr. Konig caused the *Mendez* NDC to be filed. That NDC does not contain all of the changes I gave to Mr. Konig on November 14, 2003.

4. On December 4, I sent Mr. Konig an email, together with a redlined version of the *Mendez* notice, showing the changes that I wanted him to make. Attached hereto as Exhibit B is a true and correct copy of the email exchange between myself and Mr. Konig on that subject.

5. Mr. Konig never filed an amended NDC in *Mendez*. Instead, at a later point, the matter was reassigned to another Deputy Trial Counsel, Sherrie McLetchie, who filed the amended NDC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 8, 2004, at San Francisco, California.

_____
Donald Steedman

# EXHIBIT A

**DOCUMENT FILED UNDER SEAL**

EXHIBIT B

**DOCUMENT FILED UNDER SEAL**