JAMES M. WAGSTAFFE (95535)
MICHAEL VON LOEWENFELDT (178665)
**KERR & WAGSTAFFE LLP**
100 Spear St., Suite 1800
San Francisco, CA 94105–1528
Tel: (415) 371-8500
Fax: (415) 371-0500

LAWRENCE C. YEE (84208)
HEATHER A. IRWIN (203203)
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639
Tel: (415) 538-2000
Fax: (415) 538-2321

Attorneys for Defendants
LAWRENCE J. DAL CERRO; RUSSELL WEINER;
ALLEN BLUMENTHAL; and ROBERT HAWLEY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN KONIG,<br><br>       Plaintiff,<br><br>    v.<br><br>LAWRENCE J. DAL CERRO; RUSSELL WEINER; ALLEN BLUMENTHAL; and ROBERT HAWLEY,<br><br>       Defendants. | Case No. C 04-02210 MJJ<br><br>**DECLARATION OF LAWRENCE J. ("JEFF") DAL CERRO IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S DUE PROCESS CLAIM**<br><br>DATE:  February 8, 2005<br>TIME:   9:30 a.m.<br>DEPT:  11<br><br>Hon. Martin J. Jenkins |

1    I, Lawrence J. ("Jeff") Dal Cerro, hereby declare:

2        1.    I have been employed by the State Bar of California ("the State Bar") since March

3    13, 1989.  Since November 6, 2000, I have been the Assistant Chief Trial Council in the San

4    Francisco office of the Office of the Chief Trial Council ("OCTC").  (This includes an initial

5    period of service in the position in an "acting" capacity.) In the course of the performance of my

6    job at the State Bar, I have obtained personal knowledge concerning the facts stated herein and,

7    if called as a witness, could and would competently testify to them under oath.

8        2.    On November 20, 2003, I met with Mr. Konig, Donald Steedman, and union

9    representative Rob Henderson at 11:00 a.m. and presented Konig with a "Disciplinary Notice

10   (Written Warning)".  A true and correct copy of that Written Warning is attached hereto as

11   Exhibit A.

12       3.    Mr. Konig refused to sign the Written Warning.  Attached hereto as Exhibit B is a

13   true and correct copy of a memorandum I wrote that day regarding my meeting with Mr. Konig.

14       4.    At the November 20, 2003 meeting, I also gave Mr. Konig his written review for

15   the July 2002 through July 2003 period.  A true and correct copy of that review is attached hereto

16   as Exhibit C.

17       5.    Mr. Konig objected to several portions of the review, including the statement

18   concerning "his supervisors."  When I turned the review in to Human Resources I crossed out the

19   words "his supervisors."  A true and correct copy of the "revised" review is attached hereto as

20   Exhibit D.

21       6.    At the request of Konig's union representative, Robin Haffner, I agreed to

22   continue the requirement for filing an amended NDC in *Mendez* from November 24 until

23   December 1, 2003 and then to December 5, 2003.  Attached hereto as Exhibit E is a true and

24   correct copy of the request for continuance and my response.

25       7.    On January 6, 2004 I provided Konig with a Supplemental Disciplinary Notice

26   (Written Warning).  A true and correct copy of that second Written Warning is attached hereto as

27   Exhibit F.

28

1    8.    On January 6, 2004, I met with Mr. Konig, union representatives Robert

2    Henderson and Robin Haffner, Donald Steedman, and Iola Lee LaMark of Human Resources to

3    conduct the Step I and Step II grievance proceedings concerning the grievance Mr. Konig filed

4    about his performance evaluation and Written Warning.

5    9.    I had earlier agreed with the union representatives that Step I and Step II of the

6    grievance would take place simultaneously.  Attached hereto as Exhibit G is a true and correct

7    copy of an email exchange between myself, Robin Haffner, and others concerning the scope of

8    the January 6, 2004 meeting.

9    10.    On January 9, 2004, Mr. Steedman, Ms. Lee-LaMark and I wrote to Konig

10   rejecting his grievance.  Attached hereto as Exhibit H is our January 9, 2004 letter to Mr. Konig.

11   Mr. Konig did not request a Step III meeting.

12   11.    Mr. Konig did not file a grievance concerning the second written warning which I

13   delivered to him on January 6, 2004.

14   12.    On May 19, 2004, I provided Konig with a "Performance Improvement Program"

15   ("PIP"), a true and correct copy of which (not including its exhibits) is attached hereto as Exhibit

16   I.

17   13.    Attached hereto as Exhibit J is a true and correct copy (not including its exhibits)

18   of Mr. Konig's May 25, 2004 memorandum to me in response to the PIP.

19   14.    On August 24, 2004, I provided Mr. Konig with a memorandum and notice of

20   disciplinary action, a true and correct copy of which is attached hereto as Exhibit K.

21   15.    Mr. Konig did not request a hearing concerning the future suspension discussed in

22   Exhibit K.

23   16.    On October 27, 2004, Mr. Konig sent me the email attached hereto as Exhibit L.

24   In the email, he resigns.  Prior to receiving this email, I had no warning from Mr. Konig that he

25   intended to resign on that day.  Mr. Konig has never requested that I conduct or provide any type

26   of hearing relating to his resignation.

27   17.    The three day future suspension discussed in Exhibit K was never imposed.

28

1

2          I declare under penalty of perjury under the laws of the United States that the foregoing

3     is true and correct.  Executed on  November 19, 2004, at San Francisco, California.

4

5                                      _Lawrence J. Dal Cerro_

6                                      Lawrence J. Dal Cerro

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# DOCUMENT FILED UNDER SEAL

EXHIBIT B

# DOCUMENT FILED UNDER SEAL

EXHIBIT C

EXHIBIT D

# DOCUMENT FILED UNDER SEAL

EXHIBIT E

# DOCUMENT FILED UNDER SEAL

EXHIBIT F

# DOCUMENT FILED UNDER SEAL

EXHIBIT G

**/O=KERRWAGSTAFFE/OU=KERRWAGSTAFFE01/CN=RECIPIENTS/CN=TEMP**

| | |
|---|---|
| **From:** | Haffner, Robin |
| **Sent:** | Wednesday, December 31, 2003 11:15 AM |
| **To:** | Lee-LaMark, Iola |
| **Cc:** | DalCerro, Jeff; Steedman, Donald; Henderson, Robert; Konig, Alan; Haffner, Robin |
| **Subject:** | RE: Scheduling for Step 1 Grievance, Konig |

Iola, as previously noted, Alan, Rob and I are available January 6, 2004 for the Step meeting. Please let us know if this meeting will take place, and if so, where and what time. Also, Alan agrees to combine Step 1 and Step 2 together; however, by doing so, he does not waive any of the time frames for Step 1 and Step 2 as set forth in the MOU.

-----Original Message-----

| | |
|---|---|
| **From:** | Lee-LaMark, Iola |
| **Sent:** | Monday, December 22, 2003 11:11 AM |
| **To:** | Haffner, Robin |
| **Subject:** | RE: Scheduling for Step 1 Greivance, Konig |

Thanks for the confirmation.

This E-Mail message may contain confidential and/or privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply E-Mail and delete all copies of this message.

Sender: Iola Lee LaMark
Manager, Human Resources, Employee/Labor Relations
State Bar of California
Iola.lee@calbar.ca.gov<mailto:iola.lee@calbar.ca.gov
(415) 538-2506

-----Original Message-----

| | |
|---|---|
| **From:** | Haffner, Robin |
| **Sent:** | Monday, December 22, 2003 9:24 AM |
| **To:** | Lee-LaMark, Iola |
| **Cc:** | DalCerro, Jeff; Steedman, Donald |
| **Subject:** | Scheduling for Step 1 Greivance, Konig |

Alan, Rob and I are available January 6, 2004 (Tuesday). preference for the morning, but not required.
Robin Haffner

1

DEF: 09377
CONFIDENTIAL

EXHIBIT H

# DOCUMENT FILED UNDER SEAL

EXHIBIT I

# DOCUMENT FILED UNDER SEAL

# EXHIBIT J

# DOCUMENT FILED UNDER SEAL

# EXHIBIT K

# DOCUMENT FILED UNDER SEAL

EXHIBIT L

**DalCerro, Jeff**

| | |
|---|---|
| **From:** | ahkcal [ahkcal@comcast.net] |
| **Sent:** | Wednesday, October 27, 2004 11:50 AM |
| **To:** | DalCerro, Jeff |
| **Subject:** | Resignation |

Please consider this to be my resignation from the position of deputy trial counsel at the State Bar of California.

While I have enjoyed assisting former clients and others who are victims of attorney misconduct and feel that I have been an effective advocate for the protection of the public, the profession, and the administration of justice, actions and inactions of employees and agents of the State Bar have created a hostile and an intolerable working environment for me. These actions and inactions have compelled me to submit this resignation as I will not return to such an offensive and harassing environment.

Since management at the State Bar has determined to deny me access to the building and my office, please advise me of a date and time during which I may retrieve all remaining personal property from my office.

--Alan Konig