```
 1  JAMES M. WAGSTAFFE (95535)
    MICHAEL VON LOEWENFELDT (178665)
 2  EMILIA MAYORGA (203688)
    KERR & WAGSTAFFE LLP
 3  100 Spear St., Suite 1800
    San Francisco, CA 94105–1528
 4  Tel: (415) 371-8500
    Fax: (415) 371-0500
 5
    LAWRENCE C. YEE (84208)
 6  HEATHER A. IRWIN (203203)
    OFFICE OF GENERAL COUNSEL
 7  THE STATE BAR OF CALIFORNIA
    180 Howard Street
 8  San Francisco, CA 94105-1639
    Tel: (415) 538-2000
 9  Fax: (415) 538-2321

10  Attorneys for Defendants
    LAWRENCE J. DAL CERRO; RUSSELL
11  WEINER; ALLEN BLUMENTHAL; AND
    ROBERT HAWLEY
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN KONIG,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE J. DAL CERRO, RUSSELL WEINER, ALLEN BLUMENTHAL, AND ROBERT HAWLEY,<br><br>Defendants. | Case No. C 04-02210 MJJ<br><br>**DECLARATION OF MICHAEL von LOEWENFELDT IN SUPPORT OF DEFENDANTS' SECOND SUPPLEMENTAL *EX PARTE* MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Michael von Loewenfeldt, hereby declare:

1. I am an attorney licensed to practice before all courts in the State of California, and am a partner of the law firm of Kerr & Wagstaffe LLP, attorneys of record for Defendants Jeff Dal Cerro, Russell Weiner, Robert Hawley, Allen Blumenthal in this action. I have personal knowledge of the facts stated herein, and, if called as a witness, could and would competently testify to them under oath.

2. On December 13, 2004, my office received a letter from Richard Rogers, plaintiff's counsel, in which he requested that any pages of the Memorandum of Points and Authorities In Support of Defendants' Motion for Partial Summary Judgment ("Defendants' brief") that referred to confidential documents information be sealed.

3. On December 13, 2004, I wrote back to Mr. Rogers and asked which pages of Defendants' brief he believed should be sealed.

4. On December 14, 2004, Mr. Rogers responded that the only pages of Defendants' brief that did not need to be sealed were pages 4, 8, 11, 12, 14, 17-21, and 23. Attached hereto as Exhibit A is a true and correct copy of Mr. Rogers' December 14, 2004 letter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 15, 2004, at San Francisco, California.

Michael von Loewenfeldt

# EXHIBIT A

**MAYO & ROGERS**
ATTORNEYS AT LAW
114 SANSOME STREET, #1310
SAN FRANCISCO, CALIFORNIA 94104

TERENCE O. MAYO
RICHARD M. ROGERS

TELEPHONE
(415)397-1515
FAX (415)397-1540

December 14, 2004

James M. Wagstaffe, Esq.
Kerr & Wagstaffe, LLP
100 Spear Street, #1800
San Francisco, CA 94105

**Via Facsimile & US Mail**
415/371-0500 (FAX)

Re:   *Konig v. State Bar, et al.*; USDC No. C04-2210 MJJ [ECF]

Dear Jim:

Confirming my telephone call, it appears to me that if you (or I) cannot determine what violates the Protective Order, we need better defined standards. That said, pages 4, 8, 11, 12, 14, 17-21, and 23 do not need to be sealed.

Very truly yours,

MAYO & ROGERS

Richard M. Rogers

RMR/dmr

KONIG/WAGSTAFFE.L18.wpd