| | |
|---|---|
| RICHARD M. ROGERS, #045843<br>MAYO & ROGERS<br>114 Sansome Street, #1310<br>San Francisco, CA 94104<br>Telephone:   415/397-1515<br>Facsimile:    415/397-1540<br>Email:           RogersRMR@aol.com<br><br>Attorneys for Plaintiff<br>ALAN KONIG | **SUBMITTED UNDER SEAL** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN KONIG,<br><br>             Plaintiff,<br><br>       v.<br><br>LAWRENCE J. DAL CERRO, RUSSELL WEINER, ALLEN BLUMENTHAL, and ROBERT HAWLEY,<br><br>             Defendants. | **CASE NO. C04-2210 MJJ [ECF]**<br><br>Case filed:   06/04/04<br>Trial date:    11/07/05<br><br>**DECLARATION OF ALAN KONIG IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:         02/08/05<br>Time:         9:30 a.m.<br>Location:    Courtroom 11 |

KONIG/
DM4SUMJ.AK-RDCT.wpd

Case No. C04-2210 MJJ [ECF] – Declaration of Alan Konig in Opposition to Defendants' Motion for Partial Summary Judgment

REDACTED

==========================================================

MANUAL FILING NOTIFICATION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): ________________________________

________________________________________________________

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): ________________________________________

________________________________________________________