JAMES M. WAGSTAFFE (95535)
MICHAEL VON LOEWENFELDT (178665)
EMILIA MAYORGA (203688)
**KERR & WAGSTAFFE LLP**
100 Spear St., Suite 1800
San Francisco, CA 94105–1528
Tel: (415) 371-8500
Fax: (415) 371-0500

LAWRENCE C. YEE (84208)
HEATHER A. IRWIN (203203)
**OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639
Tel: (415) 538-2000
Fax: (415) 538-2321

Attorneys for Defendants
LAWRENCE J. DAL CERRO; RUSSELL WEINER;
ALLEN BLUMENTHAL; and ROBERT HAWLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN KONIG,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE J. DAL CERRO, RUSSELL WEINER, ALLEN BLUMENTHAL, AND ROBERT HAWLEY,<br><br>Defendants. | Case No. C 04-02210 MJJ<br><br>DRAFT **JOINT STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON DUE PROCESS CLAIMS**<br><br>DATE: February 8, 2005<br>TIME: 9:30 a.m.<br>DEPT: 11<br><br>Hon. Martin J. Jenkins |

**LODGED UNDER SEAL PURSUANT TO PROTECTIVE ORDER DATED**

**SEPTEMBER 23, 2004 AND PENDING *EX PARTE* MOTION TO FILE DOCUMENTS**

**IN SUPPORT OF DEFENDANTS' REPLY RE PARTIAL SUMMARY JUDGMENT**

**UNDER SEAL**

Case No. C 04-02210 MJJ   DRAFT JOINT STATEMENT OF UNDISPUTED FACTS

## MANUAL FILING NOTIFICATION

Regarding: Draft Joint Statement Of Undisputed Facts In Support Of Defendants' Motion For Partial Summary Judgment On Due Process Claims.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

DATED: January 25, 2005

**KERR & WAGSTAFFE LLP**

By /s/_____
MICHAEL VON LOEWENFELDT

Attorneys for Defendants
LAWRENCE J. DAL CERRO; RUSSELL WEINER; ALLEN BLUMENTHAL; and ROBERT HAWLEY

---

Case No. C 04-02210 MJJ        1        DRAFT JOINT STATEMENT OF UNDISPUTED FACTS