JAMES M. WAGSTAFFE (95535)
MICHAEL VON LOEWENFELDT (178665)
EMILIA MAYORGA (203688)
**KERR & WAGSTAFFE LLP**
100 Spear St., Suite 1800
San Francisco, CA 94105–1528
Tel: (415) 371-8500
Fax: (415) 371-0500

LAWRENCE C. YEE (84208)
HEATHER A. IRWIN (203203)
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639
Tel: (415) 538-2000
Fax: (415) 538-2321

Attorneys for Defendants
LAWRENCE J. DAL CERRO; RUSSELL WEINER;
ALLEN BLUMENTHAL; and ROBERT HAWLEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN KONIG,<br><br>             Plaintiff,<br><br>      v.<br><br>LAWRENCE J. DAL CERRO; RUSSELL WEINER; ALLEN BLUMENTHAL; and ROBERT HAWLEY,<br><br>             Defendants. | Case No. C 04-02210 MJJ<br><br>**DECLARATION OF EMILIA MAYORGA IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S FIRST AMENDMENT CLAIM**<br><br>DATE:   April 26, 2005<br>TIME:    9:30 a.m.<br>DEPT:    11<br><br>Hon. Martin J. Jenkins |

**EXHIBITS A THROUGH I LODGED UNDER SEAL PURSUANT TO PROTECTIVE ORDER DATED SEPTEMBER 23, 2004 AND PENDING *EX PARTE* MOTION TO FILE DOCUMENTS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL**

I, Emilia Mayorga, hereby declare:

1.     I am an attorney licensed to practice before all courts in the State of California, and am an associate in the law firm of Kerr & Wagstaffe LLP, attorneys of record for defendants in this action.  I have personal knowledge of the facts stated herein, and, if called as a witness, could and would competently testify to them under oath.

2.     On October 28, 2004 and November 4, 2004, defendants took the deposition of plaintiff Alan Konig ("Konig") in this matter.  I attended that deposition.   Attached hereto as Exhibit A are true and correct copies of pages 60, 64, 79, 151, 190, 191, 214, 225, 226, 227, 237, 238, 239, 263, 264, 265, 410, 411, 417, 419, 449, 503, 523, 524, 531, and 533.

3.     Attached hereto as Exhibit B is a true and correct copy of an email from Alan Konig to Robin Haffner and Robert Henderson.  This document was marked as Exhibit 8 in Konig's deposition, and was authenticated by Konig at page 263 line 16 through page 264 line 4.

4.     Attached hereto as Exhibit C is a true and correct copy of an email exchange between Konig and Brian Ebbesen.  This document was marked as Exhibit 45 in Konig's deposition, and was authenticated by Konig at page 523 line 19 through page 524 line 3.

5.     Attached hereto as Exhibit D is a true and correct copy of Konig's November 26, 2003 "Complaint of Unlawful and Improper Conduct Including Retaliatory Actions Within the Office of the Chief Trial Counsel of the State Bar of California" to the Regulations, Admissions, and Discipline Oversight Committee ("RAD") of the Board of Governors of the State Bar.  This documents was marked as Exhibit 32 in Konig's deposition, and was authenticated by Konig at page 449 lines 14-22.

6.     Attached hereto as Exhibit E is a true and correct copy of Konig's "Addendum to November 26, 2003 Complaint of Unlawful and Improper Conduct" to RAD.  This document was marked as Exhibit 38 in Konig's deposition, and was authenticated by Konig at page 503 lines 8 through 23.

7.     Attached hereto as Exhibit F is a true and correct copy of Konig's "Second Addendum to November 26, 2003 Conduct of Unlawful and Improper Conduct" to RAD.  This

1   document was marked as Exhibit 50 in Konig's deposition, and was authenticated by Konig at

2   page 533 lines 11 through 17.

3          8.     Attached hereto as Exhibit G is a true and correct copy of Konig's December 8,

4   2003 complaint to the State Personnel Board ("SPB").  This document was marked as Exhibit 9

5   in Konig's deposition, and was authenticated by Konig at page 264 lines 10 through 17.

6          9.     Attached hereto as Exhibit H is a true and correct copy of the SPB's December

7   16, 2003 response to Konig's December 8, 2003 complaint.  This document was marked as

8   Exhibit 11 in Konig's deposition, and was authenticated at page 265 lines 8 through 15.

9          10.    Attached hereto as Exhibit I is a true and correct copy of a November 3, 2003

10  complaint to the Commission on Judicial Performance, which Konig produced to this office in

11  response to a discovery request, and which Konig has designated as "Attorneys Eyes Only."

12         11.    Proceedings at the State Bar Court are recorded electronically in a format that can

13  be replayed using a computer program called FTR (For the Record), which shows the time and

14  date as the record is being played.  Attached hereto as Exhibit J is a CD formatted for a

15  Windows based computer containing the official audio recording from June 25, 2003 in the

16  *Wells* trial.

17         I declare under penalty of perjury under the laws of the United States that the foregoing is

18  true and correct.  Executed on March__, 2005, at San Francisco, California.

19

20  _____

21                    Emilia Mayorga

22

23

24

25

26

27

28

1  document was marked as Exhibit 50 in Konig's deposition, and was authenticated by Konig at

2  page 533 lines 11 through 17.

3      8.    Attached hereto as Exhibit G is a true and correct copy of Konig's December 8,

4  2003 complaint to the State Personnel Board ("SPB"). This document was marked as Exhibit 9

5  in Konig's deposition, and was authenticated by Konig at page 264 lines 10 through 17.

6      9.    Attached hereto as Exhibit H is a true and correct copy of the SPB's December

7  16, 2003 response to Konig's December 8, 2003 complaint. This document was marked as

8  Exhibit 11 in Konig's deposition, and was authenticated at page 265 lines 8 through 15.

9      10.   Attached hereto as Exhibit I is a true and correct copy of a November 3, 2003

10  complaint to the Commission on Judicial Performance, which Konig produced to this office in

11  response to a discovery request, and which Konig has designated as "Attorneys Eyes Only."

12      11.   Proceedings at the State Bar Court are recorded electronically in a format that can

13  be replayed using a computer program called FTR (For the Record), which shows the time and

14  date as the record is being played. Attached hereto as Exhibit J is a CD formatted for a

15  Windows based computer containing the official audio recording from June 25, 2003 in the

16  *Wells* trial.

17      I declare under penalty of perjury under the laws of the United States that the foregoing is

18  true and correct. Executed on March 7, 2005, at San Francisco, California.

20  Emilia Mayorga

21  Emilia Mayorga

**MANUAL FILING NOTIFICATION**

Regarding: Exhibits A through J of this declaration.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[X ] Physical Object (description): Exhibit J: CD of official audio recording from June 25, 2003 in the *Wells* trial

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____