```
 1  RICHARD M. ROGERS, #045843
    MAYO & ROGERS
 2  114 Sansome Street, #1310
    San Francisco, CA 94104
 3  Telephone:   415/397-1515
    Facsimile:   415/397-1540
 4  Email:       RogersRMR@aol.com                    SUBMITTED UNDER SEAL

 5  Attorneys for Plaintiff
    ALAN KONIG
 6

 7
                       UNITED STATES DISTRICT COURT
 8
                      NORTHERN DISTRICT OF CALIFORNIA
 9

10

11
    ALAN KONIG,                          )   CASE NO. C04-2210 MJJ [ECF]
12                                       )
               Plaintiff,                )   Case filed:    06/04/04
13                                       )   Trial date:    11/07/05
                                         )
14       v.                              )
                                         )
15  LAWRENCE J. DAL CERRO, RUSSELL       )   DECLARATION OF ALAN KONIG IN
    WEINER, ALLEN BLUMENTHAL, and        )   OPPOSITION TO DEFENDANTS'
16  ROBERT HAWLEY,                       )   MOTION FOR PARTIAL SUMMARY
                                         )   JUDGMENT ON PLAINTIFF'S FIRST
17             Defendants.               )   AMENDMENT CLAIM
                                         )
18                                           Date:      04/26/05
                                             Time:      9:30 a.m.
19                                           Location:  Courtroom 11
```

KONIG/DM4SUMJ2.AK.wpd

Case No. C04-2210 MJJ [ECF] – Declaration of Alan Konig in Opposition to Defendants' Motion for Partial Summary Judgment on Plaintiff's First Amendment Claim

REDACTED

================================================================

MANUAL FILING NOTIFICATION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): ______________________________________

______________________________________________________

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): ______________________________________

______________________________________________________

| Konig v. State Bar, et al. | USDC No. C04-2210 MJJ [ECF] |
|---|---|

## PROOF OF SERVICE

I declare that:

I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 114 Sansome Street, #1310, San Francisco, California, 94104.

On April 6, 2005, I served the documents named below on the parties in this action as follows:

Declaration of Alan Konig in Opposition to Defendants' Motion for Partial Summary Judgment on Plaintiff's First Amendment Claim

James M. Wagstaffe, Esq.
Michael VonLowenfeldt, Esq.
Emilia Mayorga, Esq.
Kerr & Wagstaffe, LLP
100 Spear Street, #1800
San Francisco, CA 94105

___ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the practice of Mayo & Rogers for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

___ (BY FACSIMILE) I caused to be sent via facsimile transmission a copy of each such document to the addressee(s) noted above. The transmission was complete without error, and a copy of the transmission report properly issued by the transmitting facsimile machine is attached hereto.

_X_ (BY PERSONAL SERVICE) I caused to be delivered by hand each such envelope to the addressee(s) noted above.

___ (BY FEDERAL EXPRESS) I caused to be delivered to Federal Express for overnight courier service each such envelope to the addressee(s) noted above.

___ **I certify that the above-referenced documents were produced on paper purchased as recycled. [Superior Court Rule 201(d), Appellate Rule 40(o)]**

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on April 7, 2005, at San Francisco, California.

Richard M. Rogers

POS.DOC