**United States District Court**

For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8    ALAN KONIG,                                    No. C-04-2210 MJJ (JCS)

9              Plaintiff(s),

10        v.                                         ORDER VACATING
                                                     SETTLEMENT CONFERENCE
11   LAWRENCE J. DAL CERRO, ET AL.,

12             Defendant(s).
     _____/

13

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15        IT IS HEREBY ORDERED that the Settlement Conference previously set for October 18, 2005,

16   at 9:30 a.m., before the undersigned is VACATED.

17        IT IS SO ORDERED.

18

19   Dated: October 14, 2005
                                                  _____
20                                                JOSEPH C. SPERO
                                                  United States Magistrate Judge
21

22

23

24

25

26

27

28