1 | ALAN H. KONIG, #172359
77 Grandview Avenue, #203
2 | San Francisco, CA 94114
Telephone: 415/824-1611
3 | Email: ahkcal@comcast.net

4 | In Propria Persona

**FILED**

JAN 0 3 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN KONIG, | CASE NO. C04-2210 MJJ [ECF] |
| Plaintiff, | Case filed: 06/04/04 |
| | Trial date: TBA |
| v. | |
| LAWRENCE J. DAL CERRO, Individually and in His Capacity as Assistant Chief Trial Counsel, RUSSELL WEINER, Individually and in His Capacity as Deputy Chief Trial Counsel, ALLEN BLUMENTHAL, Individually and in His Capacity as Supervising Deputy Trial Counsel, and ROBERT HAWLEY, Individually and in His Capacity as Deputy Executive Director, | **WITHDRAWAL OF ATTORNEY; [PROPOSED] ORDER** |
| Defendants. | |

KONIG/
WITHDRAWAL.ATY.wpd  Case No. C04-2210 MJJ [ECF]   Withdrawal of Attorney; Order

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Richard M. Rogers and Mayo & Rogers, have been replaced as attorneys of record herein by Plaintiff Alan Konig, 77 Grandview Avenue, #203, San Francisco, CA 94114, Telephone: 415/824-1611, Email: ahkcal@comcast.net.

Dated: 11/3/05                By: _____
                                   ALAN H. KONIG
                                   Plaintiff

IT IS SO ORDERED.

Dated: 1/3/2006               By: _____
                                   JUDGE OF THE U.S. DISTRICT COURT
                                   Martin J. Jenkins