United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ALAN KONIG,                              No. C-04-2210 MJJ

12            Plaintiff,                       **ORDER GRANTING NON-PARTY PHILIP
                                               E. KAY'S MOTION TO SHORTEN TIME;**
13       v.                                    **SETTING BRIEFING SCHEDULE AND
                                               HEARING DATE ON MOTION TO**
14   LAWRENCE J. DAL CERRO, et al.,            **UNSEAL**

15            Defendants
     _____/
16

17          Before the Court is non-party Philip E. Kay's ("Kay") Motion to Shorten Time, filed

18   February 18, 2009, by which he seeks an order shortening time for hearing of his motion

19   "for Leave to Intervene and to Unseal Records" ("Motion to Unseal"), also filed February 18,

20   2009.  Defendants State Bar of California, Lawrence J. Dal Cerro, Russell Weiner, Allen

21   Blumenthal, and Robert Hawley have filed opposition to the Motion to Shorten Time.

22   Plaintiff Alan Konig has not filed a response.  Having read and considered the papers filed

23   in support of and in opposition to the Motion to Shorten Time, the Court rules as follows.

24          Good cause appearing, the Motion to Shorten Time is hereby GRANTED, and the

25   Court sets the following briefing schedule and hearing date:

26          1.  Any opposition or response to the Motion to Unseal shall be filed no later than

27   Monday, March 2, 2009.

28          2.  Kay's reply shall be filed no later than Friday, March 6, 2009, by 4:00 p.m.

1    3.  The Court will conduct a hearing on Friday, March 13, 2009, at 9:00 a.m.

2    In briefing the matter, the parties, as to each of the sealed documents identified in

3  Exhibit A to Kay's Motion to Unseal, should focus on whether or not "compelling reasons

4  supported by specific fact[s] . . . outweigh the general history of access and the public

5  policies favoring disclosure."  See Kamakana v. City and County of Honolulu, 447 F.3d

6  1172, 1179 (9th Cir. 2006) (internal quotation and citation omitted).  Any issue pertaining to

7  whether the material sought by Kay is or may be discoverable or admissible in Kay's

8  pending State Bar proceeding should be directed to the appropriate state forum.

9    **IT IS SO ORDERED.**

10

11  Dated:  February 25, 2009

12                                          MAXINE M. CHESNEY
                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2