1  JAMES M. WAGSTAFFE (95535)
   MICHAEL VON LOEWENFELDT (178665)
2  CHEROKEE MELTON (243265)
   KERR & WAGSTAFFE LLP
3  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
4  Telephone: (415) 371-8500
   Fax: (415) 371-0500
5
   LAWRENCE C. YEE (84208)
6  TRACEY L. MCCORMICK (172667)
   OFFICE OF GENERAL COUNSEL
7  THE STATE BAR OF CALIFORNIA
   180 Howard Street
8  San Francisco, CA 94105-1639
   Tel: (415) 538-2000
9  Fax: (415) 538-2321

10 Attorneys for Defendants
   THE STATE BAR OF CALIFORNIA, *et al.*
11
   KARL OLSON (104760)
12 LEVY RAM & OLSON LLP
   639 Front Street, 4th Floor
13 San Francisco, CA 94111
   Tel: (415) 433-4969
14 Fax: (415) 433-7311

15 Attorneys for Non-Party
   PHILIP E. KAY
16

17             UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19 | ALAN KONIG,                              | Case No. C 04-02210 MJJ
20 | Plaintiff,                               | **[PROPOSED]** ORDER RE MOTION OF NON-PARTY PHILIP E. KAY FOR LEAVE TO INTERVENE AND TO UNSEAL RECORDS; DIRECTIONS TO CLERK; DIRECTIONS TO DEFENDANTS
21 | v.
22 | THE STATE BAR OF CALIFORNIA, *et al.*
23 | Defendants.                              | DATE: March 13, 2009
24 |                                          | TIME: 9:00 a.m.
25 |                                          | PLACE: Courtroom 7, 19th Floor
26 |                                          | Hon. Maxine M. Chesney
27
28

---
CASE NO. C 04-02210 MJJ                         [PROPOSED] ORDER RE MOTION FOR LEAVE
                                                TO INTERVENE AND TO UNSEAL RECORDS

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

Docket Nos. 24, 31, 35, 37, 62, 63, 98, 99, 126, 128, and 130 be unsealed in their entirety immediately; the Clerk is hereby DIRECTED to file said documents in the public record.

Docket Nos. 25, 36, 49, 94, 100, 101, 102, 127, and 129 shall be unsealed immediately except that the names of individuals investigated by the State Bar but never publicly charged with any misconduct shall remain sealed or otherwise be redacted from the public record, because the identities of those individuals are confidential as a matter of law, Cal. Bus. & Prof. Code § 6086.1(b);

Page 266, lines 13-25 of Exhibit A to the Declaration of Emilia Mayorga in Support of Motion for Partial Summary Judgment on Due Process Claims, Docket No. 25, shall remain sealed or otherwise be redacted because it discuss a confidential settlement agreement made between the State Bar and an individual investigated for misconduct but never publicly charged, because the identities of those individuals are confidential as a matter of law, Cal. Bus. & Prof. Code § 6086.1(b);

The seal ~~may be~~ is lifted immediately with respect to Docket No. 95, the Declaration of Emilia Mayorga in Support of Motion for Partial Summary Judgment and the Exhibits attached thereto, except that the following documents shall remained sealed at this time pending further order.  The Bar contends they are the formal work product of the State Bar of California, and therefore confidential as a matter of law, see e.g. Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1138 (9th Cir. 2003); General Dynamics v. Super Ct., 7 Cal. 4th 1164, 1191 (1994), while Kay reserves the right to contest this designation: the documents bates labeled DEF 01294 - 01298, attached to Exhibit D; DEF 01300 - 01308, attached to Exhibit D; DEF 01310 - 01318, attached to Exhibit D; DEF 01985 - 01991, attached to Exhibit F; DEF 02077 - 02094, attached to Exhibit F; DEF 02112 - 02117, attached to Exhibit F.  The names of individuals investigated by the State Bar, but never charged with any misconduct, shall remain sealed or otherwise be redacted from the public record because the identities of those individuals are confidential as a matter of law, Cal. Bus. & Prof. Code § 6086.1(b);

1      The seal ~~may be~~ is lifted with respect to Docket No. 96, the Declaration of Lawrence J. Dal

2  Cerro in Support of Motion for Partial Summary Judgment and the Exhibits attached thereto,

3  except that: Exhibits O and BB shall remain sealed at this time because the Bar contends they are

4  the formal work product of the State Bar of California and therefore confidential as a matter of

5  law, see e.g. Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1138 (9th Cir. 2003);

6  General Dynamics v. Super Ct., 7 Cal. 4th 1164, 1191 (1994) while Kay reserves the right to

7  contest this designation.  The names of individuals investigated by the State Bar, but never

8  charged with any misconduct, shall remain sealed or otherwise be redacted from the public

9  record because the identities of those individuals are confidential as a matter of law, Cal. Bus. &

10 Prof. Code § 6086.1(b);

11     The seal ~~may be~~ is lifted with respect to Docket No. 97, the Declaration of Allen

12 Blumenthal in Support of Motion for Summary Judgment and the Exhibits attached thereto,

13 except that Exhibit K shall remain sealed at this time because the Bar contends it is the formal

14 work product of the State Bar of California and therefore confidential as a matter of law, see e.g.

15 Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1138 (9th Cir. 2003); General Dynamics

16 v. Super Ct., 7 Cal. 4th 1164, 1191 (1994), while Kay reserves the right to contest this

17 designation.  The names of individuals investigated by the State Bar, but never charged with any

18 misconduct, shall remain sealed or otherwise be redacted from the public record because the

19 identities of those individuals are confidential as a matter of law, Cal. Bus. & Prof. Code §

20 6086.1(b).

21     IT IS FURTHER ORDERED that defendants shall file in the public record, no later than March 9, 2009, redacted versions of the following documents:  Docket Nos. 25, 36, 49, 94, 95, 96, 97, 100, 101, 102, 127, and 129.

23 Dated: __March 3__, 2009

                                                     _____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE



CASE NO. C 04-02210 MJJ                     [PROPOSED] ORDER RE MOTION FOR LEAVE
                                                                      TO INTERVENE AND TO UNSEAL RECORDS